No. D–1151. IN RE DISBARMENT OF MOORE. It is ordered that Harvin Cooper Moore III, of Houston, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1152. IN RE DISBARMENT OF BACH. It is ordered that Larry Burton Bach, of Dallas, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1153. IN RE DISBARMENT OF KIRKMAN. It is ordered that Robert L. Kirkman, of Portland, Ore., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1154. IN RE DISBARMENT OF LADNER. It is ordered that Oscar Buren Ladner, of Gulfport, Miss., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1155. IN RE DISBARMENT OF UNPINGCO. It is ordered that Segundo Unpingco, of San Jose, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1156. IN RE DISBARMENT OF ROBERTSON. It is ordered that Juan Paul Robertson, of Beverly Hills, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1157. IN RE DISBARMENT OF HORN. It is ordered that Edward Horn, of Brooklyn, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.